Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

GEORGE AVALOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BILL NILSSON, an individual; ANTHONY LAMBETECCHIO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01743-NONE-BAM<br><br>Hon.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAZA XALISCO, LLC ONLY-PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: December 10, 2020<br>Trial Date: None |

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George Avalos ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, as to Bill Nilsson, only.  Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED: January 12, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    George Avalos

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE